UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY SHER, | ) |
| | ) Civil Action |
| Plaintiff | ) |
| | ) Case Number: 12-6384 |
| V. | ) |
| | ) |
| CLIENT SERVICES, INC. | ) |
| | ) |
| Defendant | ) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, TERRY SHER, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

Warren Law Group, P.C.

BY:  /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Warren Law Group, P.C.
58 Euclid Street
Woodbury, NJ 08096
856-848-4572
856-324-9081